```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23893
  ANTHONY M KERIVAN
  SUSAN T KERIVAN                            CHAPTER 13

                                             JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-7160     SSN XXX-XX-4333

-----------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/10/08 .

   2.  The case was dismissed without confirmation, 10/17/2008.

-----------------------------------------------------------------
CREDITOR NAME            CLASS       CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                      PAID          PAID
-----------------------------------------------------------------

      Summary of disbursements:
-----------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00         .00          .00
PRINCIPAL PAID        .00         .00         .00         .00          .00
INTEREST PAID         .00         .00         .00         .00          .00
TOTAL PAID            .00         .00         .00         .00          .00
The Debtor's attorney, DANIEL J WINTER            , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 01/21/09              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 23893 ANTHONY M KERIVAN & SUSAN T KERIVAN
```